PROGRESSIVE INSURANCE COMPANY, APPELLANT, *v.* STEWART, APPELLEE; CINCINNATI INSURANCE COMPANIES, APPELLANT.

[Cite as *Progressive Ins. Co. v. Stewart* (2001), 91 Ohio St.3d 1266.]

(No. 99–1287—Submitted March 27, 2001—Decided May 23, 2001.)

---

The motion for summary reversal on the authority of *Csulik v. Nationwide Mut. Ins. Co.* (2000), 88 Ohio St.3d 17, 723 N.E.2d 90, is denied.

The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

LUNDBERG STRATTON, J., dissents.

COOK, J., not participating.

---

LUNDBERG STRATTON, J., dissenting. I would reverse the judgment of the court of appeals and reinstate the judgment of the trial court.

---

*Jones & Bahret Co., L.P.A.,* and *Keith J. Watkins,* for appellant Progressive Insurance Company.

*Walter J. Skotynsky,* for appellee.

*Stephen C. Roach,* for appellant Cincinnati Insurance Companies.